**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 5:07cr55(3)/RS

MICHAEL RICHARD CHAVEZ,

      Defendant.

_____/

## ORDER

The relief requested by the Government's Motion Requesting Copies Of Documents

Filed Under Seal (Doc. 85) is **granted**.


**ORDERED** on December 22, 2010.


      /S/ Richard Smoak_____

      **RICHARD SMOAK**
      **UNITED STATES DISTRICT JUDGE**